UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

      Plaintiff,

v.

TOWER AUTOMOTIVE
OPERATIONS I LLC,

      Defendant.

Case No. 25-cv-12926
Hon. Matthew F. Leitman

_____/

### ORDER GRANTING EMERGENCY MOTION TO STAY AND EXTENSION (ECF #4)

Upon Motion and good cause appearing,

**IT IS HEREBY ORDERED** that due to a lapse in appropriations for the EEOC at midnight on September 30, 2025, the litigation of this matter shall be STAYED until the EEOC'S funding is restored and all pending deadlines in this matter will be extended for the same number of days as the EEOC's lapse in funding.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  October 1, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 1, 2025, by electronic means and/or ordinary mail.

                                                s/Holly A. Ryan  
                                                Case Manager  
                                                (313) 234-5126