UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION,

       Plaintiff,

v.

TOWER AUTOMOTIVE
OPERATIONS I LLC,

       Defendant.
_____/

Case No. 25-cv-12926
Hon. Matthew F. Leitman

## ORDER LIFTING STAY AND EXTENDING DEFENDANT'S RESPONSIVE PLEADING DEADLINE

Upon Motion and good cause appearing,

**IT IS HEREBY ORDERED** that due to the restoration of the EEOC's funding, the EEOC's Motion to Lift the Stay is granted. **IT IS FURTHER ORDERED** that Defendant must file its responsive pleading to the EEOC's Complaint by November 26, 2025.

                                  s/Matthew F. Leitman
                                  MATTHEW F. LEITMAN
                                  UNITED STATES DISTRICT JUDGE

Dated:  November 17, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 17, 2025, by electronic means and/or ordinary mail.

                                                  s/Holly A. Ryan
                                                  Case Manager
                                                  (313) 234-5126